**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **INTERNATIONAL SECURITY MANAGEMENT GROUP, INC.,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Case No. 3:06cv0456** |
| **CHRISTOPHER SAWYER and CITADEL SECURITY SERVICES, LLC,** | ) ) ) | **Judge Thomas A. Wiseman, Jr.** |
| **Defendants.** | ) ) | |

<u>**ORDER MODIFYING PRELIMINARY INJUNCTION**</u>

Before the Court now is Defendants' Motion to Modify Preliminary Injunction. (Doc. No. 28.) As set forth below and explained more fully in the accompanying Memorandum Opinion, the Court will **GRANT IN PART AND DENY IN PART** the Defendants' Motion, as follows:

1.      The motion to modify Paragraph 2 of Preliminary Injunction to delete the word "contacting" is hereby **GRANTED**. Paragraph 2, as modified, now states:

> Defendants are hereby preliminarily enjoined from soliciting or providing private security services for any current clients of ISMG, including the eight buildings in Tennessee for which ISMG presently provides private security services, for one year from the effective date of Defendant Sawyer's resignation from ISMG.

2.      The motion to further modify or clarify Paragraph 2 of the Preliminary Injunction is **DENIED** for the reasons explained in the Memorandum Opinion accompanying this Order.

3.      The motion to modify Paragraph 1 of Preliminary Injunction to delete the word "continued" is hereby **GRANTED**. The referenced paragraph will now read thus:

> Defendants are hereby preliminarily enjoined from use of any of ISMG's pricing information and from listing or naming ISMG's clients as "references" in ISMG's proposal forms.

4.      The motion to modify the bond requirement is **DENIED.**

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge